IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON SLOAN, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:09-cv-100-SJM-SPB |
| | ) |
| v. | ) |
| | ) |
| RAYMOND J. SOBINA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM JUDGMENT ORDER**

Plaintiff's civil rights complaint was received by the Clerk of Court on May 4, 2009 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on October 11, 2011 [158] recommends that Defendants' motion for summary judgment [151] be granted. Plaintiff was allowed fourteen (14) days from the date of service in which to file objections. Service was made on Plaintiff by certified mail at SCI-Somerset, where he is incarcerated. No objections to the Report and Recommendation have been filed to date. After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 2nd Day of November, 2011;

IT IS ORDERED that the Defendants' motion for summary judgment [151] shall be, and hereby is, GRANTED. Accordingly, JUDGMENT is hereby entered in favor of all Defendants and against Plaintiff Aaron Sloan.

The Report and Recommendation of Magistrate Judge Baxter, filed on October 11, 2011 [158] is adopted as the opinion of this Court.

                                                 s/ <u>Sean J. McLaughlin</u>
                                                  SEAN J. McLAUGHLIN
                                                  United States District Judge

cm:    All parties of record

       U.S. Magistrate Judge Susan Paradise Baxter